CACILIE STERN, Appellant, v. JULIUS WEINSTEIN and Others, Respondents, and Another, Defendant.— Order in so far as appealed from reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to vacate notice of examination in so far as it affects item 3 denied, upon the ground that

such examination, in our opinion, is material and necessary to plaintiff's case. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.